UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION, AND SIDERCA S.A.I.C., <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>    Defendant, <br><br>and <br><br>UNITED STATES STEEL CORPORATION, BORUSAN MANNESMANN PIPE U.S. INC., PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, AND WELDED TUBE USA INC., <br><br>    Defendant-Intervenors. | Before:  Jennifer Choe-Groves, Judge <br><br>Court No. 22-00344 |

**TMK GROUP,**

    **Plaintiff,**

**and**

**TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, AND IPSCO TUBULARS INC.,**

    **Plaintiff-Intervenors,**

**v.**

**UNITED STATES,**

    **Defendant,**

**and**

**UNITED STATES STEEL CORPORATION, BORUSAN MANNESMANN PIPE U.S. INC., PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC, AND WELDED TUBE USA INC.,**

    **Defendant-Intervenors.**

**Before: Jennifer Choe-Groves, Judge**

**Court No. 22-00346**

**TENARIS BAY CITY, INC., MAVERICK TUBE CORPORATION, IPSCO TUBULARS INC., TUBOS DE ACERO DE MEXICO, S.A., AND TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION,**

    Plaintiffs,

v.

**UNITED STATES,**

    Defendant,

and

**UNITED STATES STEEL CORPORATION, BORUSAN MANNESMANN PIPE U.S. INC., PTC LIBERTY TUBULARS LLC, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO- CLC, AND WELDED TUBE USA INC.,**

    Defendant-Intervenors.

Before: Jennifer Choe-Groves, Judge

Court No. 23-00002

Consol. Court No. 22-00344                                                    Page 4

## **ORDER AND SCHEDULING ORDER**

Before the Court are the Joint Status Report and Proposed Briefing Schedule filed in <u>Tenaris Bay City, Inc. v. United States</u>, Court No. 22-00344, ECF No. 37; <u>TMK Group v. United States</u>, Court No. 22-00346, ECF No. 42; and <u>Tenaris Bay City, Inc. v. United States</u>, Court No. 23-00002, ECF No. 36.  The Parties to each of the cases have advised the Court that they wish to consolidate Court Numbers 22-00344, 22-00346, and 23-00002 into Court Number 22-00344.  J. Status Report Proposed Br. Sch. at 2, Court No. 22-00344, ECF No. 37; J. Status Report Proposed Br. Sch. at 3, Court No. 22-00346, ECF No. 42; J. Status Report Proposed Br. Sch. at 2, Court No. 23-00002, ECF No. 36.  The Court may consolidate actions that involve a common question of law or fact.  USCIT R. 42(a).  The cases proposed for consolidation each involve challenges to the U.S. International Trade Commission's <u>Final Determination</u> in <u>Oil Country Tubular Goods from Argentina, Mexico, Russia, and South Korea</u>, 87 Fed. Reg. 69,331 (Int'l Trade Comm'n Nov. 18, 2022) (final determination of investigation finding that subject imports had significant impact on the domestic industry) and the related investigation.  <u>See</u> Compl., Court No. 22-00344, ECF No. 15; Compl., Court No. 22-00346, ECF No. 9; Compl., Court No. 23-00002, ECF No. 14.  Because the actions involve common questions of fact and law, the Court will consolidate Court Numbers 22-00344, 22-00346, and 23-00002 into Court Number

22-00344.

Upon consideration of the Joint Status Report and Proposed Briefing Schedule filed in Court Numbers 22-00344, ECF No. 37; 22-00346, ECF No. 42; and 23-00002, ECF No. 36; and all other papers and proceedings in these actions, it is hereby

**ORDERED** that <u>TMK Group v. United States</u>, Court Number 22-00346; and <u>Tenaris Bay City, Inc. v. United States</u>, Court Number 23-00002, are consolidated into <u>Tenaris Bay City, Inc. v. United States</u>, Consolidated Court Number 22-00344; and it is further

**ORDERED** that this action shall proceed in accordance with the following schedule:

1. Consolidated Plaintiffs and Plaintiff-Intervenors shall file motions for judgment on the agency record and supporting briefs on or before May 22, 2023;

2. Defendants and Defendant-Intervenors shall file response briefs on or before August 24, 2023;

3. Consolidated Plaintiffs shall file reply briefs on or before October 12, 2023;

4. Consolidated Plaintiffs shall file the joint appendix on or before October 26, 2023; and

5. Motions for oral argument, if any, shall be filed on or before October 26, 2023.

While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts. The Court notes that the Parties have proposed the dates in this scheduling order and expects that the Parties will be able to meet these deadlines.

                                                                               /s/ Jennifer Choe-Groves
                                                                             Jennifer Choe-Groves, Judge

Dated:    March 3, 2023
          New York, New York